JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YESSICA ORNELAS DURAN,<br>Petitioner,<br>v.<br>WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents. | Case No. 5:26-cv-05428-MBK<br>JUDGMENT |

Pursuant to the Order Denying Writ of Habeas Corpus, IT IS ADJUDGED that the petition for writ of habeas corpus is DENIED and the action is dismissed with prejudice.

Dated: October 28, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE